```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 13-04640-JJT
Walter John Simko, sr                                                   Chapter 13
Sarah Jane Simko
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: BComiskey              Page 1 of 3              Date Rcvd: Oct 23, 2013
                              Form ID: ntcnfhrg            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2013.
db/jdb     +Walter John Simko, sr,   Sarah Jane Simko,    56 Saw Mill Rd,    Hunlock Creek, PA 18621-4561
cr         +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
4373813     AMERIMARK,   PO BOX 2845,   MONROE, WI 53566-8045
4373815    +BASS AND ASSOCS,   3936 E. FT LOWELL RD, STE 200,    TUCSON, AZ 85712-1083
4373817    #+BENEFICIAL,   PO BOX 8873,   VA. BEACH, VA 23450-8873
4373818     BOSCOVS,   PO BOX 17642,   BALTIMORE, MD 21297-1642
4384011    +BUREAU OF ACCOUNT MGT,   3607 ROSEMONT AVE,    CAMP HILL, PA 17011-6904
4373814     Bank Of America,   PO BOX 15726,   WILMINGTON, DE 19886-5726
4384006    +Barclays Bank,   125 S. West St,   Wilmington, DE 19801-5014
4373816    +Beneficial,   Po Box 9068,   Brandon, FL 33509-9068
4384012    +CALVIN MCHOSE,   DELINQUENT TAX AGENCY,   3 BEAUMONT HILL RD,    HARVEYS LAKE, PA 18618-3101
4373820     CENTRAL PORTFOLIO,   6640 SHADY OAK RD, #300,    EDEN PRARIE, MN 55344-7710
4373822     CITIZENS BANK,   PO BOX 6931,   THE LAKES, NV 88901-6931
4384018    +COMENITY BANK,   PO BOX 182125,   COLUMBUS, OH 43218-2125
4373823     COMP PAIN MGT,   PO BOX 517,   HAZLETON, PA 18201-0517
4373824    +CREDIT CONTROL,   5757 PHANTOM DR., STE 330,    HAZLEWOOD, MO 63042-2429
4373821     Chase Bank,   PO BOX 15153,   WILMINGTON, DE 19886-5153
4384016     Chase Bank,   PO BOX 15291,   WILMINGTON, DE 19886-5298
4373825    #+Creditors Interchange,   80 Holtz Dr,   Buffalo, NY 14225-1470
4373826    ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: DELL FINANCIAL,    PO BOX 6403,    CAROL STREAM, IL 60197-6403)
4373827     EOS CCA,   PO BOX 5012,   NORWELL, MA 02061-5012
4373829    ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: FOCUS RECEIVABLES,    1130 NORTHCAKE PKWY, STE 150,
              MARIETTA, GA 30067)
4373830     GENERAL FINANCIAL,   UNIT 5,   EDWARDSVILLE, PA 18704-4424
4373831     GREENTREE FINANCIAL,   PO BOX 6172,   RAPID CITY, SD 57709-6172
4373832    +H AND K PROFESSIONALS,   965 BROADWAY RD,    SHICKSHINNY, PA 18655-3839
4387176    +HOUSEHOLD REALTY CORPORATION,   636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
4373833    +Hsbc,   PO BOX 4171,   CAROL STREAM, IL 60197-4171
4373834     INTERNAL REVENUE SERVICE,   Dept Of The Treasury,    Andover, MA 01810-9041
4373835     JUNIPER,   PO BOX 13337,   PHILADELPHIA, PA 19101-3337
4373836     LANE BRYANT,   PO BOX 659728,   SAN ANTONIO, TX 78265-9728
4373838    +LUZERNE COUNTY TAX CLAIM BUREAU,   200 NO. RIVER ST,    WILKES BARRE, PA 18702-2405
4373811    +Law Office of Carol Baltimore,   480 PIERCE ST STE 480,    KINGSTON, PA 18704-5512
4373839    +MEDICAL REVENUE SERVICES,   645 WALNUT ST, STE 5,    GADSEN, AL 35901-4173
4373840    +MSHMC PHYSICIANS,   PO BOX 643313,   PITTSBURGH, PA 15264-3313
4373842     NATIONAL RECOVERY,   PO BOX 67015,   HARRISBURG, PA 17106-7015
4373841    +National Bond Collection,   210 DIVISION ST,    KINGSTON, PA 18704-2715
4373843    +PASI,   7100 COMMERCE WAY, STE 100,   BRENTWOOD, TN 37027-6935
4373844     PENN STATE HERSHEY,   PO BOX 643291,   PITTSBURGH, PA 15264-3291
4373845    +PNC BANK,   MAIL STOP P5PWLC02,   2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4704
4387837    +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
4373847     Sears,   Po Box 183082,   Columbus, OH 43218-3082
4373810    +Simko Sarah Jane,   56 Saw Mill Rd,   Hunlock Creek, PA 18621-4561
4373809    +Simko Walter John sr,   56 Saw Mill Rd,    Hunlock Creek, PA 18621-4561
4373850    +WELLS FARGO,   PO BOX 98752,   LAS VEGAS, NV 89193-8752
4373852     WOMAN WITHIN,   PO BOX 659728,   SAN ANTONIO, TX 78265-9728
4373851     Wilkes Barre General Hospital,   Po Box 415616,    Boston, MA 02241-5616
4373853    +ZWEIKER AND ASSOCS,   80 MINUTEMAN RD,    ANDOVER, MA 01810-1008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4376425    +E-mail/Text: g20956@att.com Oct 23 2013 19:25:11      AT&T Mobility II LLC,    % AT&T Services, Inc,
              Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
4388414     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2013 19:27:01
              American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK 73126-8941
4391715     E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 23 2013 19:24:24      Green Tree Servicing, LLC,
              PO BOX 0049,   Palatine, IL 60055-0049,   Telephone number: 888-298-7785
4373837     E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2013 19:28:09      LOWES,   PO BOX 530914,
              ATLANTA, GA 30353-0914
4373846    +E-mail/Text: bankolist@praxis-financial.com Oct 23 2013 19:25:00      PRAXIS FINANCIAL,
              7331 N. LINCOLN AVE, STE 8,   LINCOLNWOOD, IL 60712-1766
4378073     E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2013 19:24:31
              Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
4378074     E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2013 19:24:31
              Quantum3 Group LLC as agent for,   Comenity Capital Bank,    PO Box 788,
              Kirkland, WA 98083-0788
4373812     E-mail/PDF: cbp@slfs.com Oct 23 2013 19:27:33      AMERICAN GENERAL,   PO BOX 742536,
              CINCINNATI, OH 45274-2536
4373849    +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 23 2013 19:24:56      TRANSWORLD SYSTEMS,
              507 PRUDENTIAL RD,   HORSHAM, PA 19044-2308
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4384004*       AMERIMARK,    PO BOX 2845,    MONROE, WI 53566-8045
4384007*      +BASS AND ASSOCS,    3936 E. FT LOWELL RD, STE 200,     TUCSON, AZ 85712-1083
4384009*      +BENEFICIAL,    PO BOX 8873,    VA. BEACH, VA 23450-8873
4384010*       BOSCOVS,    PO BOX 17642,    BALTIMORE, MD 21297-1642
4384005*       Bank Of America,    PO BOX 15726,    WILMINGTON, DE 19886-5726
4384008*      +Beneficial,    Po Box 9068,    Brandon, FL 33509-9068
4384013*       CATHERINES,    PO BOX 856044,    LOUISVILLE, KY 40285-6044
4384014*       CENTRAL PORTFOLIO,    6640 SHADY OAK RD, #300,     EDEN PRARIE, MN 55344-7710
4384017*       CITIZENS BANK,    PO BOX 6931,    THE LAKES, NV 88901-6931
4384019*       COMP PAIN MGT,    PO BOX 517,    HAZLETON, PA 18201-0517
4384020*      +CREDIT CONTROL,    5757 PHANTOM DR., STE 330,     HAZLEWOOD, MO 63042-2429
4384015*       Chase Bank,    PO BOX 15153,    WILMINGTON, DE 19886-5153
4384021*      +Creditors Interchange,    80 Holtz Dr,    Buffalo, NY 14225-1470
4384022*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: DELL FINANCIAL,    PO BOX 6403,    CAROL STREAM, IL 60197-6403)
4384023*       EOS CCA,    PO BOX 5012,    NORWELL, MA 02061-5012
4384024*       FASHION BUG,    PO BOX 856021,    LOUISVILLE, KY 40285-6021
4384025*     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: FOCUS RECEIVABLES,    1130 NORTHCAKE PKWY, STE 150,
              MARIETTA, GA 30067)
4384026*       GENERAL FINANCIAL,    UNIT 5,    EDWARDSVILLE, PA 18704-4424
4384027*       GREENTREE FINANCIAL,    PO BOX 6172,    RAPID CITY, SD 57709-6172
4384028*      +H AND K PROFESSIONALS,    965 BROADWAY RD,    SHICKSHINNY, PA 18655-3839
4384029*      +Hsbc,    PO BOX 4171,    CAROL STREAM, IL 60197-4171
4384030*       INTERNAL REVENUE SERVICE,    Dept Of The Treasury,    Andover, MA 01810-9041
4384031*       JUNIPER,    PO BOX 13337,    PHILADELPHIA, PA 19101-3337
4384032*       LANE BRYANT,    PO BOX 659728,    SAN ANTONIO, TX 78265-9728
4384033*       LOWES,    PO BOX 530914,    ATLANTA, GA 30353-0914
4384034*      +LUZERNE COUNTY TAX CLAIM BUREAU,    200 NO. RIVER ST,    WILKES BARRE, PA 18702-2405
4384002*      +Law Office of Carol Baltimore,    480 PIERCE ST STE 480,    KINGSTON, PA 18704-5512
4384035*      +MEDICAL REVENUE SERVICES,    645 WALNUT ST, STE 5,    GADSEN, AL 35901-4173
4384036*      +MSHMC PHYSICIANS,    PO BOX 643313,    PITTSBURGH, PA 15264-3313
4384038*       NATIONAL RECOVERY,    PO BOX 67015,    HARRISBURG, PA 17106-7015
4384037*      +National Bond Collection,    210 DIVISION ST,    KINGSTON, PA 18704-2715
4384039*      +PASI,    7100 COMMERCE WAY, STE 100,    BRENTWOOD, TN 37027-6935
4384040*       PENN STATE HERSHEY,    PO BOX 643291,    PITTSBURGH, PA 15264-3291
4384041*      +PNC BANK,    MAIL STOP P5PWLC02,    2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4704
4384042*      +PRAXIS FINANCIAL,    7331 N. LINCOLN AVE, STE 8,    LINCOLNWOOD, IL 60712-1766
4384003*     ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
              (address filed with court: AMERICAN GENERAL,    PO BOX 742536,    CINCINNATI, OH 45274-2536)
4384043*       Sears,    Po Box 183082,    Columbus, OH 43218-3082
4384001*      +Simko Sarah Jane,    56 Saw Mill Rd,    Hunlock Creek, PA 18621-4561
4384000*      +Simko Walter John sr,    56 Saw Mill Rd,    Hunlock Creek, PA 18621-4561
4384044*       THE PALMER FIRM,    PO BOX 1700,    RANCHO CUCAMONGA, CA 91729-1700
4384045*      +TRANSWORLD SYSTEMS,    507 PRUDENTIAL RD,    HORSHAM, PA 19044-2308
4384046*      +WELLS FARGO,    PO BOX 98752,    LAS VEGAS, NV 89193-8752
4384048*       WOMAN WITHIN,    PO BOX 659728,    SAN ANTONIO, TX 78265-9728
4384047*       Wilkes Barre General Hospital,    Po Box 415616,    Boston, MA 02241-5616
4384049*      +ZWEIKER AND ASSOCS,    80 MINUTEMAN RD,    ANDOVER, MA 01810-1008
4373819       ##CATHERINES,    PO BOX 856044,    LOUISVILLE, KY 40285-6044
4373828       ##FASHION BUG,    PO BOX 856021,    LOUISVILLE, KY 40285-6021
4373848       ##THE PALMER FIRM,    PO BOX 1700,    RANCHO CUCAMONGA, CA 91729-1700
                                                                                TOTALS: 0, * 45, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2013                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2013 at the address(es) listed below:
```
          Carol Weiss Baltimore    on behalf of Joint Debtor Sarah Jane Simko bandicot6@aol.com
          Carol Weiss Baltimore    on behalf of Debtor Walter John Simko, sr bandicot6@aol.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,
           cjdecf@pamd13trustee.com;TWecf@pamd13trustee.com
          Mary F Kennedy     on behalf of Creditor    Green Tree Servicing, LLC, as authorized servicer
           mary@javardianlaw.com,   tami@javardianlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Walter John Simko sr
Sarah Jane Simko

Debtor(s)

Chapter 13

Case No. 5:13−bk−04640−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **November 21, 2013** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 3, 2013<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 23, 2013 |